

# NUMBER 13-20-00562-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE PORT ISABEL LOGISTICAL OFFSHORE TERMINAL, INC.

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Perkes
Per Curiam Order**

Through this original proceeding, relator Port Isabel Logistical Offshore Terminal, Inc. contends that the trial court has abused its discretion by entering "an order inconsistent with a previously-affirmed judgment and not related to the singular issue for which the case [was] remanded." The Court requests that the real party in interest, Subsea 7 Port Isabel, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
29th day of December, 2020.